IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MYERS,

    Plaintiff,

vs.

HUNT & HENRIQUES, et al.,

    Defendants.

No. CIV S-11-2347 JAM CKD PS

ORDER

    Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

    On March 16, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Objections to the findings and recommendations have been filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 16, 2012, are adopted in full;

2. Defendants' motions to dismiss (dkt. nos. 8, 17) are granted without leave to amend on the claims under the FDCPA, the TCPA and the Rosenthal Act; leave to amend within thirty days is granted on the Fair Credit Reporting Act claim against all named defendants; and

3. The Hunt defendants' special motion to strike (dkt. no. 8) is granted and attorneys' fees in the amount of $4,154.50 are granted against plaintiff.

DATED: April 19, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE