IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MYERS,

      Plaintiff,　　　　　　　　　　No. CIV S-11-2347 JAM CKD PS

  vs.

HUNT & HENRIQUES, et al.,

      Defendants.　　　　　　　　　FINDINGS AND RECOMMENDATIONS

_____/

      By order filed April 20, 2012, the District Judge adopted findings and recommendations and dismissed without leave to amend plaintiff's claims under the FDCPA, the TCPA and the Rosenthal Act. Leave to amend within thirty days was granted as to plaintiff's claim under the Fair Credit Reporting Act. That time has now passed and plaintiff has not filed an amended complaint.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within seven days after service of the objections. The parties

1 are advised that failure to file objections within the specified time may waive the right to appeal
2 the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3   Dated: May 25, 2012

4                                              _____
5                                              CAROLYN K. DELANEY
                                               UNITED STATES MAGISTRATE JUDGE
6
7
4
8 myers-hunt.fta